UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY TIFT,<br><br>      Plaintiff,<br>  v.<br><br>HILARY BRAMWELL MOHR,<br><br>      Defendant. | CASE NO. C18-1468JLR<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Liberally construed, before the court is *pro se* Plaintiff Gregory Tift's attempt to appeal an interlocutory order issued by the United States Bankruptcy Court for the Western District of Washington (the "Bankruptcy Court"). (*See* Transmittal of Documents (Dkt. # 1).) On August 19, 2019, the Court ordered Mr. Tift to show cause within 14 days "(1) why his appeal should not be dismissed for failure to cure the deficiencies in the Deficiency Notice, (2) why his appeal should not be dismissed for failure to file a motion for leave to appeal that meets the requirements of Federal Rule of

//

ORDER - 1

Bankruptcy Procedure 8004(b)(1), and (3) why his appeal should not be dismissed as moot now that the underlying bankruptcy case is closed." (OSC (Dkt. # 4).)

Mr. Tift filed a response to the court's order on August 27, 2019 captioned "Tift Response to Show Cause [Order] and Request to Dismiss Interlocutory Appeal," stating: "Respectfully, Tift apologized (sic) for his failure to inform the court that this appeal was moot, as the underlying Bankruptcy case #19-11518 was dismissed on 12/10/2018." (Resp. to OSC (Dkt. # 5) at 1.) Mr. Tift makes no attempt show cause regarding the remaining deficiencies in his interlocutory appeal, and suggests that he has no intention of prosecuting this case further. (*See id.* at 1 ("It should be noted that the underlying bankruptcy case was more about an abuse by the US Trustee office, and the court[,] of a senior citizen. Debtor Officers and Tift would have done better to make a report to Adult Protective Services against Hilary Bramwell Mohr, for her prosecution in this case of Valentina Chereponova.").)

Accordingly, the court DISMISSES this action WITH PREJUDICE.

Dated this 29th day of August, 2019.

JAMES L. ROBART
United States District Judge